## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **ALAN CARMONA-CASTRO,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-438-KC** |
| | § | |
| **KRISTI NOEM et al.,** | § | |
| | § | |
| **Respondents.** | § | |

## FINAL JUDGMENT

On this day, the Court considered the case. On February 26, 2026, the Court granted in part Alan Carmona-Castro's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide him with a bond hearing before an IJ, at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, his continued detention; or (2) release him from custody, under reasonable conditions of supervision. Feb. 26, 2026, Order 3, ECF No. 5. Respondents have now informed the Court that an IJ granted Carmona-Castro a $2,000 bond. Status Report, ECF No. 6.

It appears that the only remaining matter to be resolved in this case is Carmona-Castro's request for an award of attorneys' fees under the Equal Access to Justice Act ("EAJA"). *See* Pet. 26, ECF No. 1; *see generally* Feb. 26, 2026, Order. However, successful immigration habeas petitioners are not entitled to attorneys' fees under the EAJA. *Barco v. Witte*, 65 F.4th 782, 785 (5th Cir. 2023).

Accordingly, **the Clerk shall close the case**. To the extent Carmona-Castro wishes to seek additional relief from the Court, he may file a motion to reopen.

2

**SO ORDERED**.

**SIGNED this 6th day of March, 2026.**

KATHLEEN  CARDONE
UNITED STATES DISTRICT JUDGE